IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------------x

| | |
|---|---|
| In re<br><br>FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.), et al.,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 13-12329 (CSS) |

----------------------------------------------------------------------------x

| | |
|---|---|
| FBI WIND DOWN, INC. LIQUIDATING TRUST, by and through Alan D. Halperin, as Liquidating Trustee,<br><br>Plaintiff,<br><br>- against -<br><br>YANG MING MARINE TRANSPORT CORPORATION,<br><br>Defendant. | Adv. Proc. No. 15-51148 (CSS) |

----------------------------------------------------------------------------x

## NOTICE OF SELECTION OF MEDIATOR

**PLEASE TAKE NOTICE** that pursuant to the *Order Granting the Motion of the FBI Wind Down, Inc. Liquidating Trustee to Establish Procedures Governing Adversary Proceedings Brought Pursuant to Sections 547, 548 and 550 of the Bankruptcy Code* [Case No. 13-12329 (CSS), Docket No. 2683] Plaintiff, Alan D. Halperin as Liquidating Trustee of the FBI Wind Down, Inc. Liquidation Trust and Defendant, Yang Ming Marine Transport Corporation have jointly selected Raymond H. Lemisch (Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street - Suite 1000 Wilmington, DE 19801-3062, rlemisch@klehr.com) to mediate the above-captioned dispute.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: FBI Wind Down, Inc. (7683); AT Wind Down, Inc. (7587); BFI Wind Down, Inc. (3217); BHF Wind Down, Inc. (8844); BR Wind Down, Inc. (8843); BT Wind Down, Inc. (1721); FBH Wind Down, Inc. (2837); FBO Wind Down, Inc. (4908); FBRC Wind Down, Inc. (1288); HFI Wind Down, Inc. (7484); HR Wind Down, Inc. (6125); HT Wind Down, Inc. (4378); LFI Wind Down, Inc. (5064); LHFR Wind Down, Inc. (9085); LV Wind Down, Inc. (8434); MSFI Wind Down, Inc. (7486); TFI Wind Down, Inc. (6574); THF Wind Down, Inc. (3139); and TR Wind Down, Inc. (6174).

Dated: Wilmington, Delaware
December 7, 2015

**BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*
Michael B. Schaedle, Esq.
Victoria Guilfoyle, Esq. (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
           -and-

**HAHN & HESSEN LLP**
Edward L. Schnitzer, Esq.
Joseph Orbach, Esq.
488 Madison Avenue
New York, New York 10022
Telephone:    (212) 478-7200
Facsimile:    (212) 478-7400

*Co-Counsel for the Liquidating Trustee*