# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 13–12329–CSS |
| FBI Wind Down, Inc. ) | Bankruptcy Chapter: 11 |
|     Debtor ) | |
| _____ ) | |
| FBI Wind Down, Inc. Liquidating Trust, by and through Alan D. Halperin, as Liquidating Trustee ) | |
| ) | |
|     Plaintiff ) | Adv. Proc. No.: 15–51148–CSS |
|     vs. ) | |
| Yang Ming Marine Transport Corporation ) | |
|     Defendant ) | |

## **SPEICAL ORDER APPOINTING MEDIATOR**

    Pursuant to **Order Establishing Procedures Governing Adversary Proceedings Commenced Pursuant to Section 547, 548** , FBI Wind Down, Inc. Liquidating Trust, by and through Alan D. Halperin, as Liquidating Trustee , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), it is hereby
    **ORDERED** that this matter is scheduled for mediation consistent with the terms stipulated to by the parties in Order Establishing Procedures Governing Adversary Proceedings Commenced Pursuant to Section 547, 548 and 550 of the Bankruptcy Code ; and it is further
    **ORDERED** that the costs of the mediation shall be paid as indicated in the Order Establishing Procedures Governing Adversary Proceedings Commenced Pursuant to Section 547, 548 ; and it is further
    **ORDERED** that Raymond H. Lemisch , who has been selected by the parties is appointed the mediator in this adversary proceeding; and it is further
    **ORDERED** that to the extent they are not waived by or modified by the terms of Order Establishing Procedures Governing Adversary Proceedings Commenced Pursuant to Section 547, 548 , this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further
    **ORDERED** that all deadlines as defined in the Order Establishing Procedures Governing Adversary Proceedings Commenced Pursuant to Section 547, 548 entered shall apply.

Date: 12/9/15

                                                                     Christopher S. Sontchi
                                                                     Bankruptcy Judge

(VAN–486)