## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.), *et al.*, | ) Case No. 13-12329 (CSS) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |
| FBI WIND DOWN, INC. LIQUIDATING TRUST, by and through Alan D. Halperin, as Liquidating Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. Nos.: Listed Below |
| | ) |
| DEFENDANTS LISTED BELOW, | ) |
| | ) |
| Defendants. | ) |

### STATUS REPORT IN PREFERENCE ADVERSARY PROCEEDINGS
### PENDING BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI

The above-captioned Plaintiff, Alan D. Halperin, Esq., as the Liquidating Trustee of the FBI Wind Down, Inc. Liquidating Trust (the "Liquidating Trustee"), files the attached status report providing a status of the below-referenced preference adversary proceedings.[2]

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's tax identification number, as applicable, are: FBI Wind Down, Inc. (7683); AT Wind Down, Inc. (7587); BFI Wind Down, Inc. (3217); BHF Wind Down, Inc. (8844); BR Wind Down, Inc. (8843); BT Wind Down, Inc. (1721); FBH Wind Down, Inc. (2837); FBO Wind Down, Inc. (4908); FBRC Wind Down, Inc. (1288); HFI Wind Down, Inc. (7484); HR Wind Down, Inc. (6125); HT Wind Down, Inc. (4378); LFI Wind Down, Inc. (5064); LHFR Wind Down, Inc. (9085); LV Wind Down, Inc. (8434); MSFI Wind Down, Inc. (7486); TFI Wind Down, Inc. (6574); THF Wind Down, Inc. (3139); and TR Wind Down, Inc. (6174).

[2]    A separate status report will be filed with respect to preference adversary proceedings handled by the law firm of Whiteford Taylor Preston, LLP on behalf of the Liquidating Trustee.

Dated: February 8, 2016
      Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Victoria Guilfoyle*

Michael B. Schaedle, Esq.
Victoria Guilfoyle, Esq. (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

**HAHN & HESSEN LLP**
Edward L. Schnitzer, Esq.
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for the Liquidating Trustee*

143903.01600/101953658v.1

Furniture Brands Status Report
February 2016

## *Status A - Service Not Yet Complete*

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Changxing Hailian Textile Co. | 15-51099 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |
| Der Cheng Furniture (Shenzhen) Co., Ltd. | 15-51104 | 9/29/2015 | 10/21/2015 Pro se answer filed. Motion to strike answer pending. | | | | | | | |
| Fengshun County Xiangxu Furniture Co., Ltd. | 15-51074 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |
| Fookyik Furniture International Co., Ltd. | 15-51083 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |
| Jusong Furniture Co., Ltd. | 15-51088 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |
| Modern Home Furniture Co., Ltd. | 15-51090 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |
| New Style Co., Limited | 15-51080 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |
| Nihao Furniture Manufacturing Co., Ltd. | 15-51039 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |
| Ningbo Furniture Industries Limited | 15-51091 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Richmond International | 15-51094 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |
| Superwood Company Limited | 15-51142 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |
| Shenzhen Polygrace Leather Goods Co., Ltd. | 15-51108 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |
| Xinding Furniture Manufacture Co., Ltd.; and Hk Yichang Furniture Trade Co. | 15-51166 | 9/29/2015 | Service still in process through Hague Convention | | | | | | | |

Furniture Brands Status Report
February 2016

**_Status B - Answer Not Yet Due_**

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Akzo Nobel Coatings, Inc. | 15-51149 | 9/29/2015 | 2/10/2016 | | | | | | | |
| Damco USA, Inc. | 15-51154 | 9/29/2015 | 2/26/2016 | | | | | | | |
| General Packaging Specialties, Inc. a/k/a General Packaging Spec Co. | 15-51084 | 2/4/2016 | 3/5/2016 | | | | | | | |
| Latitude Tree Vietnam Joint Stock Company | 15-51089 | 9/29/2015 | 2/26/2016 | | | | | | | |
| Tom Lauderdale Paper Services, Incorporated d/b/a Lauderdale Paper Service, Inc., d/b/a Lauderdale Paper Service d/b/a Lauderdale Paper | 15-51269 | 2/4/2016 | 3/5/2016 | | | | | | | |
| Moore & Giles, Inc. | 15-51314 | 9/29/2015 | 2/10/2016 | | | | | | | |
| Harris House Furniture Industries, Inc. | 15-51128 | 9/29/2015 | 2/10/2016 | | | | | | | |

Furniture Brands Status Report
February 2016

## *Status C - Defaults*

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Automatic Lathe Cutterhead Co. | 15-51221 | 9/29/2015 | 10/29/2015 | 12/18/2015 | 1/13/2016 | | | | | |
| Brand Aid Design Co., LLC | 15-51227 | 9/29/2015 | 10/29/2015 | 12/18/2015 | | | | | | |
| Bridgeway International Corp. and Cerberus International Corp. | 15-51097 | 9/29/2015 | 10/29/2015 | 1/13/2016 | | | | | | |
| Color Art Integrated Interiors, LLC | 15-51102 | 9/29/2015 | 10/29/2015 | 1/13/2016 | | | | | | |
| Con-Tab, Inc. | 15-51103 | 9/29/2015 | 10/29/2015 | 1/13/2016 | | | | | | |
| Dealer Imports, Inc. | 15-51330 | 9/29/2015 | 10/29/2015 | 12/21/2015 | | | | | | |
| Direct Response Holdings LLC | 15-51180 | 9/29/2015 | 10/29/2015 | 12/21/2015 | | | | | | |
| Donord Craft International Ltd | 15-51156 | 9/29/2015 | 10/29/2015 | 2/1/2016 | | | | | | |
| Duo-Fast Carolinas, LLC | 15-51181 | 9/29/2015 | 10/29/2015 | 12/21/2015 | | | | | | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Eastern Lumber Corporation | 15-51233 | 9/29/2015 | 10/29/2015 | 12/18/2015 | 12/18/2015 | | | | | |
| Golden Fortune Co., Ltd. | 15-51085 | 9/29/2015 | 10/29/2015 | 1/13/2016 | | | | | | |
| Green River Furniture Corporation | 15-51086 | 9/29/2015 | 10/29/2015 | 1/13/2016 | | | | | | |
| Jia Mei International Company Trading Ltd. | 15-51087 | 9/29/2015 | 10/29/2015 | 1/13/2016 | | | | | | |
| Just In Time Services, Inc. | 15-51246 | 9/29/2015 | 10/29/2015 | 12/18/2015 | | | | | | |
| MicroD, Inc. | 15-51137 | 9/29/2015 | 10/29/2015 | 12/18/2015 | | | | | | |
| Microfibres, Inc. | 15-51120 | 9/29/2015 | 10/29/2015 | 1/8/2016 | | | | | | |
| Mike Thomas | 15-51252 | 9/29/2015 | 10/29/2015 | 1/8/2016 | | | | | | |
| Moncure Plywood, LLC | 15-51119 | 9/29/2015 | 10/29/2015 | 1/8/2016 | | | | | | |
| NEHDS Logistics Inc. | 15-51312 | 9/29/2015 | 10/29/2015 | 1/8/2016 | | | | | | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PT Tjakrindo Mas | 15-51093 | 9/29/2015 | 10/29/2015 | 1/13/2016 | | | | | | |
| Sewing Center of KY, Inc. | 15-51211 | 9/29/2015 | 10/29/2015 | 12/8/2015 | 1/13/2016 | | | | | |
| Southern Fiber, Inc. | 15-51112 | 9/29/2015 | 10/29/2015 | 1/8/2016 | 2/1/2016 | | | | | |
| Specialty Bedding LLC | 15-51141 | 9/29/2015 | 10/29/2015 | 12/18/2015 | 1/20/2016 | | | | | |
| Star Delivery, Inc. | 15-51283 | 12/4/2015 | 1/3/2016 | 2/1/2016 | | | | | | |
| The Personnel Center, Inc. | 15-51321 | 9/29/2015 | 10/29/2015 | 12/18/2015 | 1/20/2016 | | | | | |
| Valencia Trucking, Inc. | 15-51113 | 9/29/2015 | 10/29/2015 | 12/18/2015 | 1/20/2016 | | | | | |
| Weave Textiles LLC | 15-51255 | 12/4/2015 | 1/3/2016 | 2/1/2016 | | | | | | |
| Well Known Homeart Enterprise Co., Ltd. | 15-51145 | 9/29/2015 | 10/29/2015 | 1/13/2016 | | | | | | |
| Wildcat Territory Inc. | 15-51114 | 9/29/2015 | 10/29/2015 | 12/18/2015 | 1/20/2016 | | | | | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Woodpark Furniture Vietnam Co., Ltd | 15-51146 | 9/29/2015 | 10/29/2015 | 1/13/2016 | | | | | | |
| APJL Consulting, LLC | 15-51100 | 9/29/2015 | 12/10/2015 | Will be filing request for entry of default. | | | | | | |
| Choice Hotels International, Inc. | 15-51177 | 9/29/2015 | 1/27/2016 | Will be filing request for entry of default. | | | | | | |
| Craftwood, Inc. | 15-51165 | 9/29/2015 | 12/5/2015 | Will be filing request for entry of default. | | | | | | |
| Haining Detai New Material Co., Ltd. | 15-51034 | 12/11/2015 | 1/11/2016 | Will be filing request for entry of default. | | | | | | |
| Haining Jinzheng Furniture Co. Ltd. | 15-51158 | 12/11/2015 | 1/11/2016 | Will be filing request for entry of default. | | | | | | |
| Shayne International Holdings Ltd. | 15-51038 | 9/29/2015 | 10/29/2015 | Will be filing request for entry of default. | | | | | | |
| Zheijiang Ausen Industry Co., Ltd. | 15-51041 | 12/11/2015 | 1/11/2016 | Will be filing request for entry of default. | | | | | | |
| Zhongwang Holding Group Co., Ltd. | 15-51042 | 12/11/2015 | 1/11/2016 | Will be filing request for entry of default. | | | | | | |

Furniture Brands Status Report
February 2016

*Status D - Settled/Dismissed*

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Abercrombie Textiles LLC | 15-51167 | 9/29/2015 | 1/27/2016 | | | | | | Dismissed. | |
| American Security of Greenville LLC | 15-51256 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| American Silk Mills LLC | 15-51323 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Atlantic Corporation | 15-51249 | 9/29/2015 | 1/27/2016 | | | | | | Settled and dismissed. | |
| Avaya, Inc. | 15-51163 | 9/29/2015 | 1/27/2016 | | | | | | Settled and dismissed. | |
| Boston Saw & Tool, Inc. | 15-51268 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Cassidy Turley Commercial Real Estate Services, Inc. | 15-51236 | 9/29/2015 | 1/27/2016 | | | | | | Dismissed. | |
| Catawba Paper Box Co. | 15-51164 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Charles E. Jarrell Contracting Company, Inc. | 15-51245 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Chase Fasteners, Inc. | 15-51331 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| Chemical Coatings, Inc. | 15-51101 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Chickasaw Container Corporation | 15-51229 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Classic Design Services, Inc. | 15-51168 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Coilplus, Inc. | 15-51325 | 9/29/2015 | 1/27/2016 | | | | | | Settled and dismissed. | |
| Compressors & Tools, Inc. | 15-51230 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Conover Lumber Company, Inc. | 15-51153 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Continental Hardware, Inc. | 15-51178 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Custom Nonwoven, Inc. | 15-51257 | 9/29/2015 | 1/27/2016 | | | | | | Settled and dismissed. | |
| CVS Caremark Corporation | 15-51169 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| D&D Installers, Inc. | 15-51235 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Daniels Woodcarving Co., Inc. | 15-51170 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Deep River Fabricators, Inc. | 15-51322 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Dell Financial Services, L.P. | 15-51155 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| Dorell Fabrics Co. | 15-51232 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Duke Energy Carolinas, LLC | 15-51326 | 9/29/2015 | 1/27/2016 | | | | | | Settled and dismissed. | |
| Eastern Accents, Inc. | 15-51190 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| E.H. Hamilton Trucking & Warehousing Service Inc. | 15-51234 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| Elk Creek Lumber, Inc. | 15-51071 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Exact Commerce USA, Inc. | 15-51311 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Fabricut, Inc. | 15-51073 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Fast Furniture Repair, Inc. | 15-51182 | 9/29/2015 | 1/27/2016 | | | | | | Settled and dismissed. | |
| Fine Art Express, LLC | 15-51217 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Flakeboard America Limited | 15-51125 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Frederic W. Cook & Co., Inc. | 15-51183 | 9/29/2015 | 1/27/2016 | | | | | | Settled and dismissed. | |
| Furnlite, Inc. | 15-51241 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Gerber Scientific International, Inc. | 15-51191 | 9/29/2015 | 1/27/2016 | | | | | | Settled and dismissed. | |
| Global Interface Solutions, Inc. | 15-51216 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Hellmann Worldwide Logistics, Inc. | 15-51242 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Hickory Printing Solutions, LLC | 15-51185 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Hickory Springs Manufacturing Company | 15-51237 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Hi-Tex, Inc. | 15-51231 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Horizon Retail Construction, Inc. | 15-51075 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| IHFC Properties, LLC | 15-51270 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| James L. Henson Distributing Corporation | 15-51193 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Jan Huigen | 15-51187 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Joel Cook Molding & Lumber Co., Inc. | 15-51188 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Joseph Cory Holdings LLC | 15-51192 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Kravet Inc. | 15-51276 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Lightning Transportation, Inc. | 15-51106 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Maria De Jesus Diaz | 15-51272 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| Marlatex Corp | 15-51250 | 9/29/2015 | 11/29/2015 | | | | | | Settled and dismissed. | |
| Martha Reich | 15-51206 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| Mayer-Paetz, Inc. | 15-51208 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| Nevamar Company, LLC; and Panolam Industries International, Inc. | 15-51220 | 9/29/2015 | 10/29/2015 | | | 12/8/2015 | Haber | | Dismissed. | |
| NuTex Concepts of North Carolina Corporation | 15-51263 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Pacific Traders Manufacturing Corporation | 15-51092 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| Paragon Global, LLC et al | 15-51279 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Phoenix Trim Works, Inc. | 15-51280 | 9/29/2015 | 12/30/2015 | | | | | | Settled and dismissed. | |
| Piedmont Natural Gas Company | 15-51264 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Pilot Travel Centers LLC | 15-51135 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Restonic Mattress Corporation | 15-51319 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| S & S Graphics LLC | 15-51265 | 9/29/2015 | 10/29/2015 | 12/18/2015 | 12/28/2015 | | | | Settled and dismissed. | |
| Sealy, Inc. | 15-51210 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Skelly, Inc. | 15-51110 | 9/29/2015 | 1/29/2016 | | | | | | Settled and dismissed. | |
| Southern Resin, Inc. | 15-51266 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Steel Technologies LLC | 15-51275 | 9/29/2015 | | | | | | | Dismissed. | |
| United Furniture Services LLC | 15-51253 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| Vidrios El Castillo, Inc. | 15-51254 | 9/29/2015 | 12/18/2015 | | | | | | Settled and dismissed. | |
| Weber Knapp Company | 15-51285 | 9/29/2015 | 11/23/2015 | | | | | | Settled and dismissed. | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Whitaker Sales, Inc. | 15-51258 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| White Bread, LLC | 15-51225 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| Whitesell Corporation | 15-51199 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| Window Magic Drapery Fashions, Inc. | 15-51248 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| Wm De Jong Enterprises, Inc. | 15-51200 | 9/29/2015 | 10/29/2015 | | | | | | Settled and dismissed. | |
| WMCV Phase I, LLC | 15-51201 | 9/29/2015 | 10/29/2015 | | | | | | Dismissed. | |
| Universal Protection Service, LLC | 15-51224 | 12/2/2015 | 2/2/2016 | | | | | | Dismissed. | |
| Print Image, LLC | 15-51140 | 9/29/2015 | 1/29/2016 | | | | | | Settled and dismissed. | |

Furniture Brands Status Report
February 2016

## *Status E - Settled and Not Yet Dismissed*

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| AB Home Design LLC | 15-51175 | 9/29/2015 | 1/27/2016 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| American Global Logistics LLC | 15-51150 | 9/29/2015 | 1/27/2016 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| Cable Manufacturing & Assembly Co., Inc. | 15-51228 | 9/29/2015 | 10/29/2015 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| Carolina Swatching, Inc. | 15-51240 | 9/29/2015 | 10/29/2015 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| DTI Integrated Business Solutions, Inc. | 15-51189 | 9/29/2015 | 1/27/2016 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| Edward B. De Leo Co., Inc. | 15-51215 | 9/29/2015 | 10/29/2015 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| Global Logistics Village Inc. | 15-51127 | 9/29/2015 | 10/29/2015 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| Granite Telecommunications, LLC | 15-51184 | 9/29/2015 | 10/29/2015 | 12/21/2015 | | | | | Settled and will be dismissed once settlement funds are received. | |
| Hickory Saw & Tool, Inc. | 15-51243 | 9/29/2015 | 10/29/2015 | | | 12/7/2015 | Haber | | Settled and will be dismissed once settlement funds are received. | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Homedirect, Inc. | 15-51244 | 9/29/2015 | 10/29/2015 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| Hunt Country Components, Ltd | 15-51186 | 9/29/2015 | 1/27/2016 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| ICR, LLC | 15-51076 | 9/29/2015 | 1/27/2016 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| J. B. Martin Company | 15-51251 | 9/29/2015 | 1/27/2016 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| Kinetix International Logistics | 15-51132 | 9/29/2015 | 10/29/2015 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| MLW Chairs, LLC | 15-51273 | 9/29/2015 | 11/27/2015 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| Morgan Fabrics Corporation | 15-51315 | 9/29/2015 | 10/29/2015 | | | 12/3/2015 | Silverschotz | | Settled and will be dismissed once settlement funds are received. | |
| Multi-Wall Packaging Corporation | 15-51194 | 9/29/2015 | 1/29/2016 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| Piedmont Natural Gas Company | 15-51264 | 9/29/2015 | 10/29/2015 | | | | | | Settled (dismissal to be filed). | |
| Premium Cushion, Inc. | 15-51209 | 9/29/2015 | 1/29/2016 | | | | | | Settled and will be dismissed once settlement funds are received. | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Premium Fabricators LLC | 15-51320 | 9/29/2015 | 10/29/2015 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| Trebnick Systems, Inc. | 15-51284 | 9/29/2015 | 12/30/2015 | | | | | | Settled and will be dismissed once settlement funds are received. | |
| Wilsonart International Inc. | 15-51226 | 9/29/2015 | 10/29/2015 | 12/8/2015 | 1/13/2016 | | | | Settled and will be dismissed once settlement funds received. | |

Furniture Brands Status Report
February 2016

*__Status F - Answered and Mediator Not Yet Appointed__*

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Abstract Studios | 15-51277 | 9/29/2015 | 2/9/2016 | | | | | | | |
| Ark-Ell Springs, Inc. | 15-51329 | 9/29/2015 | 1/27/2016 | | | | | | | |
| Armstrong Transfer & Storage Co., Inc. | 15-51327 | 9/29/2015 | 1/27/2016 | | | | | | | |
| Banner Retail Marketing Group, LLC | 15-51278 | 9/29/2015 | 2/9/2016 | | | | | | | |
| Blandy Hardwoods, Inc. | 15-51176 | 9/29/2015 | 1/27/2016 | | | | | | | |
| Careers USA, Inc. | 15-51324 | 9/29/2015 | 1/27/2016 | | | | | | | |
| Carnes Frames, Inc. | 15-51271 | 9/29/2015 | 1/27/2016 | | | | | | | |
| Dongguan Yihao Furniture Co., Ltd. | 15-51105 | 9/29/2015 | 1/11/2016 | | | | | | | |
| Foremost Groups, Inc. | 15-51159 | 9/29/2015 | 2/5/2016 | | | | | | | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Haining Hainix Sofa Co., Ltd. | 15-51035 | 12/11/2015 | 1/11/2016 | | | | | | | |
| Haining Kareno Furniture Co., Ltd. | 15-51036 | 12/11/2015 | 1/11/2016 | | | | | | | |
| Haining Nice-Link Home Furnishing Co., Ltd. | 15-51037 | 12/11/2015 | 1/11/2016 | | | | | | | |
| Heywood Consulting LLC | 15-51129 | 9/29/2015 | 1/31/2016 | | | | | | | |
| ID Media, Inc. | 15-51130 | 9/29/2015 | 1/27/2016 | | | | | | | |
| Interwoven Group, LLC | 15-51219 | 9/29/2015 | 1/27/2016 | | | | | | | |
| J G Edelen Company, Inc. | 15-51117 | 9/29/2015 | 1/27/2016 | | | | | | | |
| Jersey Shore Steel Company Inc. | 15-51313 | 9/29/2015 | 1/27/2016 | | | | | | | |
| Le Blue Goose, Inc. | 15-51247 | 9/29/2015 | 2/9/2016 | | | | | | | |
| Leggett & Platt | 15-51310 | 9/29/2015 | 1/27/2016 | | | | | | | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Leggett & Platt Incorporated; Leggett & Platt Components Company, Inc.; and L&P Financial Services Co. | 15-51212 | 9/29/2015 | 1/27/2016 | | | | | | | |
| Limoss US, LLC | 15-51274 | 9/29/2015 | 1/27/2016 | | | | | | | |
| Pacific Furniture Marketing | 15-51222 | 9/29/2015 | 1/28/2016 | | | | | | | |
| Pepper Moon Catering, Inc. | 15-51139 | 9/29/2015 | 1/29/2016 | | | | | | | |
| Sirva Relocation LLC | 15-51109 | 9/29/2015 | 1/31/2016 | | | | | | | |
| Snelling Employment, LLC | 15-51111 | 9/29/2015 | 1/27/2016 | | | | | | | |
| The Swatch Works | 15-51223 | 12/4/2015 | 3/4/2016 | | | | | | | |
| Timber Wolf Dissolution, Inc. | 15-51143 | 9/29/2015 | 1/29/2016 | | | | | | | |
| Tongxiang Longxiang Trading Co., Ltd. | 15-51040 | 9/29/2015 | 1/11/2016 | | | | | | | |
| Wayne Industries, Inc. | 15-51213 | 9/29/2015 | 1/26/2016 | | | | | | | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| World Design International Co., Ltd and Fullrich Ltd | 15-51147 | 9/29/2015 and 1/21/2016 | 12/28/2015 (World Design Answer) | | | | | | | |
| Xpicor, Inc. | 15-51286 | 9/29/2015 | 2/12/2016 | | | | | | | |

Furniture Brands Status Report
February 2016

*Status G - Mediator Appointed*

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| All American Poly Corp. | 15-51095 | 9/29/2015 | 10/29/2015 | | | 12/8/2015 | Haber | | | |
| Burlington Technologies | 15-51281 | 9/29/2015 | 11/30/2015 | | | 1/26/2016 | Bifferato | | | |
| Custom Finishers, Inc. | 15-51261 | 9/29/2015 | 10/29/2015 | | | 12/22/2015 | Bifferato | | | |
| Electronic Funds Source LLC | 15-51107 | 9/29/2015 | 10/21/2015 | | | 12/7/2015 | Bifferato | | | |
| Fastening Solutions, Inc. | 15-51124 | 9/29/2015 | 10/29/2015 | | | 12/3/2015 | Abbott | | | |
| Fulterer USA, Inc. | 15-51262 | 9/29/2015 | 10/29/2015 | | | 12/18/2015 | Felger | | | |
| Innovative Delivery Systems, Inc. | 15-51077 | 9/29/2015 | 1/27/2016 | | | 1/27/2016 | Felger | | | |
| JLA Home, Inc. | 15-51218 | 9/29/2015 | 10/29/2015 | | | 12/29/2015 | Haber | | | |
| Lever Interactive, Incorporated | 15-51160 | 9/29/2015 | 10/29/2015 | | | 12/10/2015 | Bifferato | | | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Marvin J Perry, Inc. | 15-51133 | 9/29/2015 | 10/29/2015 | | | 12/10/2015 | Felger | | | |
| Omexey Home Furnishing Corporation | 15-51122 | 9/29/2015 | 10/29/2015 | | | 12/3/2015 | Rubin | | Mediation postponed due to pending motion to amend complaint to add additional defendant Times Pacific Limited | |
| Onin Staffing, LLC | 15-51317 | 9/29/2015 | 10/29/2015 | | | 12/3/2015 | Abbott | | | |
| OOCL (USA) Inc; and Orient Overseas Container Line Limited | 15-51138 | 9/29/2015 | 10/22/2015 | | | 12/7/2015 | Rubin | | | |
| Preferred Furniture Components, Inc. | 15-51318 | 9/29/2015 | 10/29/2015 | | | 12/7/2015 | Felger | | | |
| Shelba D. Johnson Trucking, Inc. | 15-51282 | 9/29/2015 | 10/29/2015 | | | 12/15/2015 | Felger | | | |
| Soicher-Marin of Florida, LLC | 15-51195 | 9/29/2015 | 12/1/2015 | | | 1/19/2016 | Bifferato | | | |
| Surya Carpet, Inc.; Surya, Inc.; and Surya | 15-51196 | 9/29/2015 | 12/1/2015 | | | 1/19/2016 | Bifferato | | | |
| Western Logistics, Inc. | 15-51198 | 9/29/2015 | 12/1/2015 | | | 1/19/2016 | Bifferato | | | |

Furniture Brands Status Report
February 2016

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Entry of Default (if applicable) | Date of Default Judgment (if applicable) | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Yang Ming Marine Transport Corporation | 15-51148 | 9/29/2015 | 10/21/2015 | | | 12/7/2015 | Lemisch | | | |
| Yusen Logistics (Americas), Inc. | 15-51259 | 9/30/2015 | 10/22/2015 | | | 12/7/2015 | Rubin | | | |
| Gergel-Kellem Company, Inc. | 15-51197 | 9/29/2015 | 1/29/2016 | | | 1/28/2015 | Lemisch | | | |

Furniture Brands Status Report
February 2016

### *Status I - Dispositive Motion Pending*

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Response Deadline for Motion to Dismiss | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|
| Morrisette Paper Company, Inc. | 15-51316 | 9/29/2015 | 10/29/2015 | 2/26/2016 | | | | | | |

Furniture Brands Status Report
February 2016

### *Status J - Cases Stayed by the FIling of Another Bankrutpcy Action / Suggestion of Bankrutpcy Filed or Required*

** None.

Furniture Brands Status Report
February 2016

## _Status K - Cases in Which an Appeal is Pending_

** None.